# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5142**

**September Term, 2021**

**1:21-cv-00790-UNA**

**Filed On:** October 19, 2021

Grant Anderson,

      Appellant

    v.

United States of America,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rogers and Millett, Circuit Judges, and Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's May 17, 2021 order be affirmed. The district court concluded that it lacked jurisdiction to entertain appellant's petition for a writ of audita querela because the underlying judgment he sought to challenge was issued in D.C. Superior Court. On appeal, appellant presses no argument challenging that jurisdictional ruling, and he has therefore forfeited any such challenge. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

          BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk